IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MY CLEAR VIEW WINDSHIELD REPAIR, INC. AND CLEAR VISION WINDSHIELD REPAIR, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, GEICO CHOICE INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO SECURE INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO COUNTY MUTUAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 4:16-cv-02840**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' CERTIFICATE OF
## DISCLOSURE OF INTERESTED PARTIES

  Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 2) and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants GEICO Advantage Insurance Company, GEICO Choice Insurance Company, Government Employees Insurance Company, GEICO Secure Insurance Company, GEICO General Insurance Company, GEICO County Mutual Insurance Company, and GEICO Indemnity Company file this Certificate of Disclosure of Interested Parties.

  The following persons or entities are currently known by Defendants to have a financial interest in the outcome of this litigation:

1

1. My Clear View Windshield Repair, Inc.

2. Clear Vision Windshield Repair, LLC

3. Douglas Stroh

4. GEICO Advantage Insurance Company

5. GEICO Choice Insurance Company

6. Government Employees Insurance Company

7. GEICO Secure Insurance Company

8. GEICO General Insurance Company

9. GEICO County Mutual Insurance Company

10. GEICO Indemnity Company

11. GEICO Corporation

12. Berkshire Hathaway, Inc.

Defendants further state pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Defendants parent company is GEICO Corporation, which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

                    Respectfully submitted,

                    */s/ Rebecca L. Phelps*
                    Christopher D. Porter
                    State Bar No. 24070437
                    Rebecca L. Phelps
                    State Bar No. 24098255

YETTER COLEMAN LLP
909 Fannin Street, Suite 3600
Houston, Texas  77010
(713) 632-8000
(713) 632-8002
cporter@yettercoleman.com
rphelps@yettercoleman.com

John P. Marino (*pro hac vice*)
Florida Bar No. 814539
Lindsey R. Trowell (*pro hac vice*)
Florida Bar No.
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL  32202
(904) 598-6104
(904) 598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com

Attorneys for Defendants

**Certificate of Service**

I certify that on October 25, 2016, a copy of this document was served on the following counsel of record using the Court's e-filing system:

Bergman Gray & DiAngelo LLP
Jay K. Gray, Esq.
Andrew Bergman, Esq.
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
jkurtisgray@yahoo.com
bergman@abergmanlaw.com

        */s/ Rebecca L. Phelps*
        Rebecca L. Phelps